**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ethan Nicholas Rose**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2918<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Utah**<br>Case number:   **22–20553   KRA** | | Date case filed for chapter **13:   2/22/22** |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ethan Nicholas Rose | |
| 2. | **All other names used in the last 8 years** | aka Utah Security and Low Volt | |
| 3. | **Address** | 4192 West 5175 South<br>Salt Lake City, UT 84118 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey C. Shorter<br>Smart Schofield Shorter, P.C.<br>5320 South 900 East<br>Suite 120<br>Salt Lake City, UT 84117 | Contact phone (801) 747–0647<br><br>Email: jeff.shorter@utahlaw–smart.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lon Jenkins tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111 | Contact phone (801) 596–2884<br><br>Email: utahtrusteemail@ch13ut.org |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |

Official Form 309I   Notice of Chapter 13 Bankruptcy Case   page 1
Date Generated: 3/2/22   For more information, see page 2 >

Debtor **Ethan Nicholas Rose**                                                                                                                              Case number **22–20553**

| 7. Meeting of creditors | | Meeting to be held on: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **Apr. 1, 2022** at **09:00 AM**<br><br>Location:<br>**405 South Main Street, Suite 250, Salt Lake City, UT 84111 (See Attached Notice for Instructions)** |

| 8. Deadlines | | |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/31/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/3/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/22/22** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of plan and confirmation hearing on docket | The debtor has filed a plan.<br>The hearing on confirmation will be held on: **5/3/22** at **02:00 PM**<br>Location: **Dial: (636) 651–3182 Ten Min Before Hrg, Access Code: 6001201#, KRA Teleconference Line** |
|---|---|
| Objections to Confirmation | Objections to confirmation must be filed and served no later than 7 days before the date set for confirmation. If there are no timely filed objections to confirmation pending or if all objections to confirmation are resolved by a court order or a stipulation signed by the debtor, the trustee and the objecting party, a plan may be confirmed without objection, and the hearing stricken. |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

# NOTICE – PLEASE READ

**In an effort to contain the spread of COVID–19, effective immediately and until further notice, all Chapter 13 11 U.S.C. § 341 Meetings will be conducted remotely via ZOOM. Debtors, counsel, creditors, and parties in interest <u>SHOULD NOT APPEAR IN PERSON</u>. Additional information is available at <u>www.ch13ut.org</u>.**

## To Debtors

In order for your § 341 Meeting to be conducted by Video Participation, you must do the following:

1. You and your attorney (if you have one) must fully complete the Zoom Videoconference Form ("Videoconference Form") found at <u>www.ch13ut.org</u>. The Videoconference Form should be uploaded via secure ShareFile to the Trustee's office no later than 7 days before your scheduled § 341 Meeting. In the case of joint debtors, each debtor must sign the Videoconference Form. In addition, you must attach to your returned Videoconference Form a copy of the documents stated in the Videoconference Form that you and your attorney used to verify your identification and social security number.

2. As part of your Video Participation, you or your attorney (if you have one) will be responsible for providing adequate hardware and software necessary to establish and maintain an approved connection for the § 341 Meeting. The device you use must have a camera and a microphone. You must also provide any information, including a current email address, requested by the Trustee necessary to establish and maintain the Zoom connection. Approximately 2 days before your scheduled § 341 Meeting, the Trustee's Office will send you and your attorney a link to your Zoom § 341 Meeting which you should use to join your § 341 Meeting at the scheduled time. Also, when your § 341 Meeting is conducted, you must be in a location which is free from excessive noise or disruption which would impede or interrupt your meeting of creditors or would prevent the creation of a record of the meeting. If any of these requirements are not satisfied, the Trustee or his representative may continue the meeting to a mutually convenient time for parties in attendance.

3. You must bring to the § 341 Meetings the documents used to verify your identification and social security number on the Videoconferencing Form. You may be asked to display them for the camera.

If you have any questions or concerns about appearing via videoconference, please contact your attorney (if you have one). Otherwise, please contact the Trustee's Office by using the Contact Form located at <u>www.ch13ut.org</u> or via email at <u>utahtrusteemail@ch13ut.org</u>.

## To Creditors

**If you are a creditor and would like to appear at the § 341 Meeting, please contact the Trustee's Office by using the Contact Form located at <u>www.ch13ut.org</u> or via email at <u>utahtrusteemail@ch13ut.org</u>.**

United States Bankruptcy Court
District of Utah

In re:     Case No. 22-20553-KRA
Ethan Nicholas Rose     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 3
Date Rcvd: Mar 02, 2022     Form ID: 309I     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ethan Nicholas Rose, 4192 West 5175 South, Salt Lake City, UT 84118-4239 |
| 11984886 | | Aldous & Associates, PLLC, Attorneys at Law, P.O. Box 171374, Salt Lake City, UT 84117-1374 |
| 11984894 | + | Foothills Family Clinic, 6360 S 3000 E STE 100, Salt Lake City, UT 84121-6924 |
| 11984895 | | Gold Cross Ambulance, P.O. Box 27768, Salt Lake City, UT 84127-0768 |
| 11984896 | | Granger Medical Clinic, P.O. Box 70658, West Valley City, UT 84170-0658 |
| 11984897 | + | Intermountain Health Care, 4646 West Lake Park Blvd., P.O. Box 27327, Salt Lake City, UT 84127-0327 |
| 11984899 | + | JW Auto Sales, 3295 Wall Ave #3808, Ogden, UT 84401-3808 |
| 11984906 | | Mountain Medical Physician Specialists, Dept 340 P.O. Box 30015, Salt Lake City, UT 84130-0015 |
| 11984911 | + | Progressive, P.O. Box 31260, Tampa, FL 33631-3260 |
| 11984913 | + | Salt Lake Smiles, 9217 S Redwood Rd Ste. C, West Jordan, UT 84088-5827 |
| 11984914 | + | Sandalwood Apartments, 2606 Anna Caroline Dr., Salt Lake City, UT 84128-5003 |
| 11984915 | + | Sarah Deem, 3981 South 500 East, Salt Lake City, UT 84107-1870 |
| 11984917 | + | Timberline Financial, 369 E State Rd, Pleasant Grove, UT 84062-3616 |
| 11984918 | + | True Accord, 16011 College Blvd., Ste. 130, Lenexa, KS 66219-9877 |
| 11984919 | + | US Dept. of Education, 400 Maryland Ave. SW, Washington, DC 20202-0008 |
| 11984920 | + | Utah Orthodonitic Care, 1231 W 9000 S Suite D, West Jordan, UT 84088-5182 |
| 11984922 | + | VASA Corporation Office, 1259 South 800 East, Orem, UT 84097-7232 |
| 11984923 | + | Waypoint Resource Group, 301 Sundance Parkway, Round Rock, TX 78681-8004 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jeff.shorter@utahlaw-smart.com | Mar 02 2022 23:40:00 | Jeffrey C. Shorter, Smart Schofield Shorter, P.C., 5320 South 900 East, Suite 120, Salt Lake City, UT 84117 |
| tr | + Email/Text: bnc@ch13ut.org | Mar 02 2022 23:41:00 | Lon Jenkins tr, 405 South Main Street, Suite 600, Salt Lake City, UT 84111-3408 |
| 11984887 | + Email/Text: e-bankruptcy@americafirst.com | Mar 02 2022 23:41:00 | America First Credit Union, P.O. Box 9199, Ogden, UT 84409-0199 |
| 11984888 | Email/Text: banko@bonncoll.com | Mar 02 2022 23:41:00 | Bonneville Collections, P.O. Box 150621, Ogden, UT 84415-0621 |
| 11984889 | + Email/Text: bankruptcynotices@cbecompanies.com | Mar 02 2022 23:40:00 | CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 11984890 | + EDI: COMCASTCBLCENT | Mar 03 2022 04:23:00 | Comcast Corporate, P.O. Box 34744, Seattle, WA 98124-1744 |
| 11984891 | + EDI: CCS.COM | Mar 03 2022 04:23:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 11984892 | Email/Text: bankruptcy@expressrecovery.com | Mar 02 2022 23:40:00 | Express Recovery Services, P.O. Box 26415, Salt Lake City, UT 84126-0415 |

| District/off: 1088-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2022 | Form ID: 309I | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 11984893 | + | EDI: AMINFOFP.COM | Mar 03 2022 04:23:00 | First Premier Bank, 601 South Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 11984898 | | EDI: IRS.COM | Mar 03 2022 04:23:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 11984900 | + | Email/Text: bureauknight@yahoo.com | Mar 02 2022 23:40:00 | Knight Adjustment Bureau, 5525 South 900 East Ste. 215, Salt Lake City, UT 84117-3500 |
| 11986951 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2022 23:39:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11984901 | + | Email/Text: legal@liftcredit.com | Mar 02 2022 23:41:00 | Lift Credit, 3214 North University Ave., Provo, UT 84604-4405 |
| 11984903 | + | Email/Text: m4u@mny4you.com | Mar 02 2022 23:41:00 | Money 4 U, 7052 South State Street, Midvale, UT 84047-1556 |
| 11984904 | | Email/Text: clarson@macu.com | Mar 02 2022 23:40:00 | Mountain America Credit Union, 735 South State #300, Salt Lake City, UT 84111-3821 |
| 11984905 | + | Email/Text: wendy@mountainlandcollections.com | Mar 02 2022 23:41:00 | Mountain Land Collections, Inc., P.O. Box 1280, American Fork, UT 84003-6280 |
| 11984907 | + | Email/Text: bkclerk@north-american-recovery.com | Mar 02 2022 23:40:00 | NAR, Inc., 1600 W 2200 S #410, West Valley City, UT 84119-7240 |
| 11984908 | + | Email/Text: bkclerk@north-american-recovery.com | Mar 02 2022 23:40:00 | North American Recovery, 1600 West 2200 South Ste 410, West Valley City, UT 84119-7240 |
| 11984910 | | Email/Text: bobbi@outsourcerec.com | Mar 02 2022 23:40:00 | Outsource Receivables, 1349 Washington Blvd., Ogden, UT 84404 |
| 11984912 | | Email/Text: rcwilley.bankruptcy@rcwilley.com | Mar 02 2022 23:40:00 | RC Willey, 2301 South 300 West, Salt Lake City, UT 84115 |
| 11988097 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2022 23:38:48 | St Marks Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 11984916 | + | Email/Text: Bankruptcies@cullimore.net | Mar 02 2022 23:41:00 | The Law Office of Kirk A. Cullimore, PC, 12339 South 800 East, Ste. 100, Draper, UT 84020-8373 |
| 11984918 | + | Email/Text: accountservicing@trueaccord.com | Mar 02 2022 23:40:00 | True Accord, 16011 College Blvd., Ste. 130, Lenexa, KS 66219-9877 |
| 11984921 | + | EDI: UTAHTAXCOMM.COM | Mar 03 2022 04:23:00 | Utah State Tax Commission, 210 North 1950 West, Salt Lake City, UT 84134-9000 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11984902 | | Michelle Myers, Unknown, Hurricane, UT 84737 |
| 11984909 | ##+ | North Davis Anesthesiology, P.O. Box 160354, Clearfield, UT 84016-0354 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 02, 2022 | Form ID: 309I | Total Noticed: 41 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2022            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey C. Shorter | on behalf of Debtor Ethan Nicholas Rose jeff.shorter@utahlaw-smart.com  tamaraking@utahlaw-smart.com |
| Lon Jenkins tr | ecfmail@ch13ut.org  lneebling@ch13ut.org |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3